**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00525-CV

### DONALD DAVIS, Appellant

### V.

### ATTORNEY GENERAL, Appellee

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-01417-T**

## ORDER

On July 28, 2015, we ordered Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing certain items requested by appellant. We further ordered Ms. Pitre to file written verification of any items that could not be located. The supplemental clerk's record has been filed, but it does not include all the items requested or written verification that those items could not be located. Accordingly, we **ORDER** Ms. Pitre to file, no later than September 25, 2015, either (1) a supplemental clerk's record containing the following items or (2) written verification these items cannot be located:

•May 23, 2005 "response/answer/request to dismiss;"

•January 22, 2015 "notice of dismissal hearing;" and,

•February 26, 2015, March 18, 2015, and April 7, 2015 "notice of hearing for defendant's second amended request/motion for sanctions/taxation and bill of cost under frivolous claim act."

We **DENY** appellant's September 14, 2015 "motion for sanctions against the Dallas County District Clerk for Recovery of Cost for Late Appellate Records."

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all the parties.


/s/     CRAIG STODDART
        JUSTICE